# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

    Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

    | Court | Case Number |
    |---|---|
    | 68th Judicial District, Dallas County, Texas | DC-21-00861 |

2. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party and Party Type | Attorney(s) |
    |---|---|
    | see attached | |
    | | |
    | | |
    | | |
    | | |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?  ☐ Yes    ☒ No

    If "*Yes*," by which date and on what date?

    _____    _____
    Party                               Date

4. **Answer:**

   Was an Answer made in State Court?  ☐ Yes     [x] No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                                                    Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   |  |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Plaintiff | Seeking appointment of Umpire |

## LIST OF COUNSEL

Edward S. Cox
State Bar No. 00793560
Mary R. Torres
State Bar No. 24086084
COX LAW FIRM
1300 Norwood Drive, Suite 100
Bedford, Texas 76022
Tel: (817) 860-9200
Fax: (817) 860-9205
ed@edcoxlaw.com
mary@edcoxlaw.com
**Counsel for Plaintiff MI Realty, LLC**

Camille Johnson
State Bar No. 10686600
SAVRICK, SCHUMANN, JOHNSON,
MCGARR, KAMINSKI & SHIRLEY, L.L.P.
4621 Ross Avenue, Suite 300
Dallas, Texas 75204
Tel: (214) 368-1515
Fax: (214) 292-9647
camille@ssjmlaw.com
**Counsel for Defendant Atlantic Casualty Insurance Company**